UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JOHNEKE ANDERSON** | **CASE NO. 2:19-CV-01329 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN FCI OAKDALE** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 4] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, and DECREED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of June, 2020.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**